JOHNSON *v.* CANTRELL *et al.*

HILL, J. On a preliminary hearing the only judgment made by the judge was the refusal of an interlocutory injunction. The evidence objected to was not immaterial; nor was it an abuse of discretion to refuse an interlocutory injunction on conflicting evidence.

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent for providential cause.*

No. 1588. APRIL 15, 1920.

Petition for injunction. Before Judge Terrell. Carroll superior court. July 9, 1919.

*Boykin & Boykin,* for plaintiff. *Smith & Smith,* for defendants.